UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHERENA GOPAUL and RAMESH NARAINE,      JUDGMENT

        Plaintiffs,      20-cv-1425-FB

  v.

KEN CUCCINELLI, Acting Director,
U.S. Citizenship and Immigration Services;
LEE BOWES, Acting District Director,
New York District, U.S. Citizenship and
Immigration Services; WILLIAM P. BARR,
Attorney General of the United States,

        Defendants.
-----------------------------------------------------------------X

    An Order of the Honorable Frederic Block, United States District Judge, having been filed on September 22, 2020, dismissing this action with prejudice, with each party to bear its own costs, expenses and fees; it is

    ORDERED and ADJUDGED that this action is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

Dated: Brooklyn, New York         Douglas C. Palmer
      September 23, 2020         Clerk of Court

                By:   */s/Jalitza Poveda*
                        Deputy Clerk